STATE OF CONNECTICUT *v.* RAYMOND BRIDGES

The defendant's petition for certification for appeal from the Appellate Court, 65 Conn. App. 517 (AC 19589), is denied.

*Damon A. R. Kirschbaum*, special public defender, in support of the petition.

*Ronald G. Weller*, assistant state's attorney, in opposition.

Decided October 25, 2001

HEIDI SCHIMMELPFENNIG *v.* JARRED CUTLER ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 65 Conn. App. 388 (AC 20711), is denied.

*Christopher P. Anderson*, in support of the petition.

*Patty G. Swan*, in opposition.

Decided October 25, 2001

ADIL MULLA *v.* JAMES P. MAGUIRE, JR., ET AL.

The defendant's petition for certification for appeal from the Appellate Court, 65 Conn. App. 525 (AC 20861), is denied.

*Marcus G. Organschi*, in support of the petition.

*Stephen R. Griffin*, in opposition.

Decided October 25, 2001